HENRY L. BUTLER, Respondent, *v.* THE VILLAGE OF EDGE-WATER, Appellant.

(Argued May 2, 1892; decided May 31, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 13, 1889, which affirmed an interlocutory judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term, also affirmed final judgment in favor of defendant entered upon the report of a referee.

*William M. Mullen* for appellant.

*Charles J. Babbitt* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.